No. 84, Misc. ABEL *v.* TEXAS. Ct. Crim. App. Tex. Petitioner *pro se.* *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender* and *Gilbert J. Pena,* Assistant

Attorneys General, for respondent.

